David Henretty, OSB # 03187
email: dhenretty81419@yahoo.com
OREGON LAW CENTER
225 S.W. 1st Avenue # 6
Ontario, OR 97914
Tel: (541) 889-3296
Fax: (541) 889-5562

    Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MICHELLE HODSON, | Civil No. 2:07-cv-00955-SU |
|     Plaintiff, | |
| vs. | STIPULATION FOR DISMISSAL WITH PREJUDICE |
| K MART CORPORATION, KELLERMEYER BUILDING SERVICES, LLC., and SERV CORP. INTERNATIONAL, | |
|     Defendants. | |

    Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties to this action hereby stipulate that plaintiff's complaint has been fully compromised and released and that plaintiff hereby dismisses this action in the above-captioned matter. All parties hereto agree that the dismissal stipulated herein is with prejudice and that no costs and disbursements or attorney fees will be assessed

Page 1 - STIPULATION FOR DISMISSAL WITH PREJUDICE

against any party.

Date: 4/29/08

*David Henretty* (signature)
David R. Henretty, OSB# 03187
Of Attorneys for Plaintiff

Date: 4/29/08

*Keith Pitt* (signature)
Keith A. Pitt, OSB # 973725
Of Attorneys for Defendants Kmart Corporation and Kellermeyer Building Services, LLC

Date: 4/29/08

*Andrew G. Martin for:* (signature)
David R. Auxier, OSB # 901975
Of Attorneys for Defendant Serv Corp International